1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10   MAURICIO SOSA,                          )   Civil No. 10cv0280 JAH (BLM)
                                             )
11                        Plaintiff,         )   **ORDER REGARDING NOTICE OF**
     v.                                      )   **RELATED CASE**
12                                           )
     SCOTT PFEIFFER, et. al.,                )
13                                           )
                          Defendants.        )
14   _____        )

15          On June 11, 2010, the Court received a notice of related case filed in <u>Pedro</u>

16   <u>Hernandez Robles and Jose Ruiz Tarango v. M/Y Nice Try</u>, 10cv1195 H (BGS).  In

17   support of this notice, plaintiffs contend the case "arise[s] out of substantially the same

18   set of underlying facts and involve some of the same parties" involved in the case before

19   this Court.

20          Upon review of the complaints filed in the instant case and <u>Hernandez</u>, this Court

21   finds the two cases do not arise from the same or substantially similar set of underlying

22   facts.  The case before this Court involves an accident on the high seas resulting in physical

23   injury including amputation of a portion of Plaintiff Sosa's foot on September 9, 2008,

24   while he was performing his duties.  Plaintiffs in 10cv1195 H (BGS) allege that on

25   September 15, 2008, while in port in Ensenada, Baja Mexico, Defendants refused to pay

26   wages, hired agents and employees to assault and batter Plaintiffs, threatened to kill

27   Plaintiff Hernandez Robles, wrongfully removed Plaintiffs from the vessel and defamed

28   Plaintiffs.  Other causes of action asserted in Case No. 10cv1195 H (BGS) include false

promises/concealment fraud, intentional interference with a business advantage and intentional infliction of emotional distress.

As is evident, the transactions, happenings and events have no relation. Anticipated defenses will be substantially different, and damages sought will not be based upon the same or substantially similar theories. Additionally, it is a stretch to presume that the same or substantially similar questions of law predominate on the causes of action alleged.

Accordingly, **IT IS HEREBY ORDERED** the Court **DECLINES** to consent to the transfer of Case No. 10cv1195 H (BGS) pursuant to the "low number" rule.

DATED: June 18, 2010

_____

JOHN A. HOUSTON
United States District Judge