1  **BANNING LLP**
   William L. Banning, CA State Bar No. 75757
2  wbanning@banningllp.com
   Jessica L. Voss, CA State Bar No. 247033
3  jvoss@banningllp.com
   402 West Broadway, Suite 1790
4  San Diego, California 92101
   Telephone: (619) 230-0030
5  Facsimile: (619) 230-1350

6  Attorneys for Plaintiff,
   MAURICIO SOSA

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11
   MAURICIO SOSA,                              )  Case No. 10-CV-280 JAH (BLM)
12                                             )
                   Plaintiff,                  )  **MEMORANDUM OF POINTS AND**
13                                             )  **AUTHORITIES IN SUPPORT OF**
   vs.                                         )  **PLAINTIFF'S MOTION TO STRIKE**
14                                             )  **DECLARATION OF DEFENSE**
                                               )  **EXPERT DAVID LOPEZ FILED IN**
15 M/Y NICE TRY (ex. ON THE EDGE),            )  **SUPPORT OF DEFENDANTS'**
   U.S.C.G. Official Number 1110009, her       )  **MOTION FOR SUMMARY**
16 engines, tackle, apparel, furniture, and    )  **JUDGMENT ON ALL OF**
   appurtenances, *in rem*, SCOTT PFEIFFER, a )  **PLAINTIFF MAURICIO SOSA'S**
17 citizen of Arizona, NICE TRY, LLC (f.k.a ON )  **CLAIMS, OR IN THE**
   THE EDGE, LLC), an Arizona Limited          )  **ALTERNATIVE MOTION FOR**
18 Liability Company, IRA RONALD               )  **PARTIAL SUMMARY JUDGMENT**
   CADWELL, an individual of unknown           )
19 citizenship, SONORA WEST                    )
   DEVELOPMENT, INC., an Arizona               )
20 corporation, CCBILL, LLC, an Arizona Limited)
   Liability Company, *in personam*, and, and  )
21 DOES 3 through 20, inclusive,               )
                                               )
22               Defendants.                   )
   _____)
23      Plaintiff MAURICIO SOSA ("Sosa") hereby submits his Memorandum of Points and

24 Authorities in Support of Plaintiff's Motion to Strike Declaration of Defense Expert David

25 Lopez ("Lopez Declaration") Filed in Support of Defendants' Motion for Summary

26 Judgment on All of Plaintiff Mauricio Sosa's Claims, or in the Alternative Motion for Partial

27 Summary Judgment ("MSJ Motion").

28 **I.     INTRODUCTION.**